**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000045**
**30-APR-2026**
**08:37 AM**
**Dkt. 24 OAWST**

NO. CAAP-26-0000045

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIB223061 MS AMLLIN; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIB222226 TRAVELERS; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIB222110 TRAVELERS; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIB222096 MS AMLIN; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIA223079 HISCOX; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIA223043 HISCOX; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TRIA222125 HISCOX; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER TIA223124 AND GREAT LAKES INSURANCE SE; STARSTONE SPECIALTY INSURANCE COMPANY; GREAT LAKES INSURANCE SE; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER JAML211147 MS AMLIN; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER E80039232CSP; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123023WWLAM5061; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123023WWLAM5050 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123023WWLAM5048 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123023WWLAM5036 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123023WWLAM5027 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM4028 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM4024 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3995 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3978 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3971 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3953 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3937 BRIT GLOBAL SPECIALTY;

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3907 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3903 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER B123022WWLAM3886 BRIT GLOBAL SPECIALTY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER 57SFH00289 MS AMLIN; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER 57SFH0026501 MS AMLIN; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER 57SFH000160007 MS AMLIN; CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0429BA2307795; UNIVERSAL NORTH AMERICA INSURANCE COMPANY; UNIV HOLDINGS, LLC, Plaintiffs-Appellants,
v.
MAUI ELECTRIC COMPANY, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; HAWAII ELECTRIC LIGHT COMPANY, INC.; HAWAIIAN ELECTRIC INDUSTRIES, INC.; HAWAIIAN TELCOM COMMUNICATIONS, INC.; HAWAIIAN TELCOM, INC.; SPECTRUM OCEANIC, LLC; TIME WARNER CABLE INFORMATION SERVICES, LLC; CHARTER COMMUNICATIONS, INC.; CHARTER COMMUNICATIONS HOLDING COMPANY, LLC; CHARTER COMMUNICATIONS HOLDINGS, LLC; CHARTER COMMUNICATIONS, LLC; CHARTER COMMUNICATIONS OPERATING, LLC; CINCINNATI BELL, INC.; TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, Defendants-Appellees,
and
DOE POWER UTILITIES, 1-10; DOE TELECOMS, 1-10; and DOE LANDOWNERS, 1-10; DOES 1-200, Defendants.


MAUI ELECTRIC COMPANY, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; HAWAII ELECTRIC LIGHT COMPANY, INC.; and HAWAIIAN ELECTRIC INDUSTRIES, INC., Cross Claim Plaintiffs-Appellees,
v.
HAWAIIAN TELCOM, INC.; CINCINNATI BELL, INC.; SPECTRUM OCEANIC, LLC; CHARTER COMMUNICATIONS, INC.; ELLIOT KAWAIHOʻOLANA MILLS, CRYSTAL KAUILANI ROSE, JENNIFER NOELANI GOODYEAR-KAʻOPUA, MICHELLE KAʻUHANE, AND ROBERT K.W.H. NOBRIGA, EACH IN THEIR CAPACITY AS TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, Cross Claim Defendants-Appellees,
and
DOE DEFENDANTS 1-200, Defendants.


MAUI ELECTRIC COMPANY, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; HAWAII ELECTRIC LIGHT COMPANY, INC.; and HAWAIIAN ELECTRIC INDUSTRIES, INC., Third Party Plaintiffs-Appellees,
v.
COUNTY OF MAUI; THE STATE OF HAWAIʻI; THE HAWAIʻI HOUSING FINANCE AND DEVELOPMENT CORPORATION; WEST MAUI LAND COMPANY; WANEE LAND & HOMES, LLC; and HOPE BUILDERS INC., Third Party Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-24-0000951)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Guidry and Gluck, JJ.)

Upon consideration of the March 3, 2026 *Stipulation for Dismissal Under HRAP 42(b) of Appeal from (1) Order Granting Defendants' Motion for Summary Judgment and to Sever Opt-Out Subrogation Claims Into Individual Actions filed December 15, 2025 as Dkt. 315 and (2) Final Judgment filed December 30, 2025 as Dkt. 321* (**Stipulation for Dismissal**), the papers in support, and the record, it appears that all parties to this appeal agree to a dismissal of this appeal, and that dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the March 3, 2026 Stipulation for Dismissal is approved, and this appeal is dismissed with all parties bearing their own respective fees and costs.

DATED: Honolulu, Hawaiʻi, April 30, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Kimberly T. Guidry
Associate Judge

/s/ Daniel M. Gluck
Associate Judge